UNITED STATES DISTRICT COURT
                              FOR THE
                       DISTRICT OF VERMONT

George J. Malico,                    :
    Petitioner,                      :
                                     :
        v.                           : File No. 2:07 CV 236
                                     :
Robert Vale, William Sorrell,        :
Karen Carroll, John Mariano,         :
Christin Semprebon,                  :
    Respondents.                     :

                               ORDER

      The Report and Recommendation of the United States Magistrate Judge was filed April 22, 2008. Petitioner's objection was filed April 30, 2008.

      A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id*.

      After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

      The State's motion to dismiss (Paper 4) is **GRANTED** and Malico's petition (Paper 1), filed pursuant to 28 U.S.C. § 2254 is **DENIED** and the case is **DISMISSED**.

                                 1

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is **DENIED** because the petitioner has failed to make a substantial showing of denial of a federal right. Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings. See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 1st day of May, 2008.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge
U.S. District Court